William W. WATSON; Charles E. Papst, Jr., by and through his next friend, Nida Morris; Robert Woodford, by and through his next friend, Anita Geistlinger; Heidi Halter, by and through her next friend Hayley Adams; Amar Juslen, by and through his next friend, Raul Juslen; Irma Radtke, by and through her next friend, Hans Radtke; Shelli A. Cameron; Oregon Advocacy Center, Plaintiffs—Appellants,

courts of this circuit except as provided by Ninth Circuit Rule 36–3.

**151**

v.

**Jean THORNE, in her official capacity as Director Oregon Department of Human Services; Lynn Read, in her official capacity as Acting Administrator of the Office of Medical Assistance Program; James Toews, in his official capacity as Acting Administrator, Seniors and People with Disabilities, Defendants—Appellees.**

No. 03–35545.

D.C. No. CV–03–00227–ALH/JE.

United States Court of Appeals,
Ninth Circuit.

Argued Jan. 6, 2004.

Submitted Aug. 12, 2004.

Decided Aug. 19, 2004.

Timothy P. Baxter, Esq., Lane County Legal Aid Service, Inc., Stephen R. Skipton, Esq., Lane County Law and Advocacy Center, Eugene, OR, Eric Carlson, Esq., Herbert Semmel, Esq., National Senior Citizens Law Center, Los Angeles, CA, Ellen Gradison, Esq., Oregon Law Center, Leslie Kay, Esq., Emily J. Kaufmann, Esq., Paul C. Alig, Esq., Legal Aid Services of Oregon, Spencer M. Neal, Esq., Attorney at Law, Portland, OR, Beth Shara Englander, Esq., Legal Aid Services of Oregon, Oregon City, OR, Eugene V. Coffey, Esq., National Senior Citizens Law Center, Washington, DC, for Plaintiffs–Appellants.

Janet A. Metcalf, Esq., Stephen K. Bushong, Esq., Katherine G. Georges, Esq., AGOR—Office of the Oregon, Attorney General, Salem, OR, for Defendants–Appellees.

* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

Before HUG, GRABER, and CLIFTON, Circuit Judges.

ORDER *

Appellees' motion to dismiss this appeal as moot is GRANTED. The appeal of the final order entered by the district court will be referred to this panel.

DISMISSED.